UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

ROY W SWANSON,

        Plaintiff,

v.                                                                      Case No. 11-C-278

UNITED STATES OF AMERICA,

        Defendant.

## ORDER DENYING REQUEST FOR ADJUDICATION

Petitioner in the above § 2255 matter has filed a "request for adjudication pursuant to Fed. R. Civ. P. Rule 54" which the Court construes as a motion for reconsideration or clarification. Having reviewed the request filed by the defendant and the Court's original decision in this matter, the Court concludes that the request should be denied. The issues raised by petitioner have been addressed in the Court's earlier Decision and Order dismissing his petition and no further discussion is required.

**SO ORDERED** this   16th   day of August, 2011.

                                                s/ William C. Griesbach
                                                William C. Griesbach
                                                United States District Judge